**FILED**

06/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0509

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 22-0509

| | |
|---|---|
| ROBERT WINKOWITSCH, <br><br> Plaintiff and Appellee, <br><br> -v- <br><br> GLACIER ELECTRIC CO-OP, INC., <br><br> Defendant and Appellant. | **ORDER GRANTING FIRST EXTENSION** |

Upon consideration of Appellee's First Motion for Extension of Time Pursuant to Rule 26(1), M. R. App. P., and good cause appearing,

**IT IS HEREBY ORDERED** that Appellee is granted an extension of time up to and including July 12, 2023 within which to prepare, file, and serve Appellee's response brief on appeal.

ELECTRONICALLY DATED AND SIGNED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 6 2023